# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130683

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GARY S. HANN,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130683
COA: 267027
Oakland CC: 2002-183974-FH

On order of the Court, the application for leave to appeal the March 1, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

Clerk

s0619